# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00419-CR

**Jerry Carl Paxton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
### NO. A-06-00400-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jerry Carl Paxton seeks to appeal an order deferring adjudication and placing him on community supervision. The trial court has certified that this is a plea bargain case and Paxton has no right of appeal. The court has also certified that Paxton waived his right of appeal. *See* Tex. R. App. P. 25.2(d). Finally, the record reflects that the pro se notice of appeal was filed eleven months after adjudication was deferred. *See* Tex. R. App. P. 26.2(a). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 7, 2007

Do Not Publish